472 A.2d 235

Commonwealth v. Glover, Appellant.

Submitted September 30, 1983. George B. Angell, for appellant; Jeffrey E. Leber, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

In the appeal at No. 727 Pittsburgh, 1982, the judgment of sentence is affirmed. The appeal at No. 910 Pittsburgh, 1982, is quashed.

POPOVICH, J., concurred in the result.

472 A.2d 235

Commonwealth v. Hagood, Appellant.

Submitted November 7, 1983. Judith A. Calkin, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned Dauphin County Common Pleas Court Judge John C. Dowling is affirmed.

POPOVICH, J., concurred in the result.